34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Francisco R. Lara, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-096 |
| | § | |
| E. M. Trominski, et al, | § | |
| | § | |
| Respondents. | § | |

## ORDER

BE IT REMEMBERED that on October 18, 2000 the Court **DISMISSED** the Petitioner's writ of habeas corpus for lack of jurisdiction. This Court earlier decided that it did have jurisdiction over the Petitioner's writ, however, on appeal the Fifth Circuit vacated the Court's decision, ruled that this Court did not have jurisdiction, and remanded with instructions to dismiss for lack of jurisdiction.

DONE at Brownsville, Texas, this 18th day of October 2000.

Hilda G. Tagle
United States District Judge